

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

HECTOR RECIO on his own behalf and on behalf of those
similarly situated,

                        Plaintiff,

        -against-

2545 SEGWICK AVE., HIGH VIEW OWNERS c/o
IMPACT REAL ESTATE MANAGEMENT INC.
ANDREW POSNER, an individual, STUART HALPER,
an individual, and GREGORY COHEN, an individual,

                      Defendants.
-----------------------------------------------------------------x

Docket No.:
08 CV 6284
(RJH)

**STIPULATION**

     IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the

respective parties herein, that defendants IMPACT REAL ESTATE MANAGEMENT INC.,

ANDREW POSNER, STUART HALPER, and GREGORY COHEN's time to answer or

otherwise move with respect to the complaint in the above-captioned action is extended to and

including September 8, 2008.

    DATED: Mineola, New York
         August 6, 2008

HELEN F. DALTON & ASSOC., P.C.
Attorneys for Plaintiff
69-12 Austin Street
Forest Hills, NY 11375
(718) 263-9598

By: _____
   Roman Avshalumov (RA-5508)

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
IMPACT REAL ESTATE MANAGEMENT
INC., ANDREW POSNER, STUART
HALPER, and GREGORY COHEN
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 08-310

By: _____
   Adam Kleinberg, Esq.(AK-0468)

   SO-ORDERED:

   _____
   U.S.D.J.
          8/20/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08